**Order entered June 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00997-CR
## No. 05-13-00998-CR

### CODY BRIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F12-23970-T, F12-23977-T

## ORDER

The Court **GRANTS** the State's June 25, 2014 motion for extension of time to file the State's brief.

We **ORDER** the State to file its brief within **THIRTY (30) DAYS** from the date of this order.

/s/    DAVID EVANS
        JUSTICE